UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE No. 6:21-cr-17-PGB-EJK

JACQUAVIUS DENNARD SMITH

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, states as follows:

1.      The defendant in this case, Jacquavius Dennard Smith, pleaded guilty on July 13, 2021, and it is set for a Sentencing Hearing in Orlando, Florida, on December 15, 2021 at 2:30 PM.   It is necessary to have the defendant before this Court for this proceeding.

2.      The defendant is now confined in Orange County Jail.

The United States requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution, take into custody the defendant, and have him before this Court at the time and place above specified for Sentencing, and upon completion of proceedings in this case to return the defendant to the custody of the Warden of the Orange County Jail, and also directing the Warden of the Orange County Jail, to

deliver the defendant into the custody of any United States Marshal for the aforesaid

purpose.

      Date: November 29, 2021.

                            Respectfully submitted,

                            KARIN HOPPMANN
                            Acting United States Attorney


By:    *s/ John M. Gardella*
          John M. Gardella
          Assistant United States Attorney
          Florida Bar: 85906
          400 W. Washington St., Ste. 3100
          Orlando, Florida 32801
          Telephone: (407) 648-7500
          Facsimile: (407) 648-7643
          E-mail: John.Gardella@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE No. 6:21-cr-17-PGB-EJK

JACQUAVIUS DENNARD SMITH

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Any United States Marshal; and

Warden of the Orange County Jail

It appearing from the petition of the United States of America that the defendant, Jacquavius Dennard Smith, is confined in Orange County Jail at Orlando, Florida, and that this case is set for a Sentencing Hearing on December 15, 2021, at 2:30 PM, and that it is necessary for the defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have Jacquavius Dennard Smith, now detained in custody, under safe and secure conduct before this Court on December 15, 2021, in Orlando, Florida, by or before 2:30 PM, for Sentencing on criminal charges pending against him in this cause.

And this is to command you, Warden of the Orange County Jail, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the defendant, Jacquavius Dennard Smith, to be brought to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return Jacquavius Dennard Smith with all convenient speed, under safe and secure conduct to the custody of the Warden of the Orange County Jail.

DONE and ORDERED at Orlando, Florida, this _____ day of _____, 2021.

 

 

EMBRY J. KIDD
United States Magistrate Judge

2