UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:21-cr-17-PGB-EJK

JACQUAVIUS DENNARD SMITH

## NOTICE OF TESTIMONY

The United States provides notice that it intends to call Detective Travis Ring and Detective Jason Gainor as witnesses at the sentencing hearing scheduled for December 15, 2021. On September 13, 2021, the United States provided a memorandum to the United States Probation Office (USPO) on information and images to be used in imposing a sentence. That memorandum is included in the addendum to the Final Presentence Report (PSR). PSR at 89.

Detective Ring is a homicide detective with the Orlando Police Department. He participated in the investigation of the defendant referenced in the PSR at paragraph 73. He will provide testimony regarding some of the information and images included in the memorandum to the USPO. Detective Ring's testimony will last approximately 15 minutes.

Detective Gainor works in the gang unit of the Orange County Sheriff's office. Detective Gainor is familiar with the gangs the defendant participates in and associates with, referenced in the PSR at paragraph 83. He will also provide testimony regarding some of the information and images included in the memorandum to the USPO. Detective Gainor's testimony will last approximately 15 minutes.

        Respectfully submitted,

        KARIN HOPPMANN
        Acting United States Attorney

By:   *s// John M. Gardella*
      John M. Gardella
      Assistant United States Attorney
      Florida Bar: 85906
      400 W. Washington St., Ste. 3100
      Orlando, Florida 32801
      Telephone: (407) 648-7500
      Facsimile: (407) 648-7643
      E-mail: John.Gardella@usdoj.gov

U.S. v. JACQUAVIUS SMITH                              Case No. 6:21-cr-17-PGB-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David R. Bigney, Esquire

Dan Eckhart, Esquire

 

*s// John M. Gardella*
John M. Gardella
Assistant United States Attorney
Florida Bar: 85906
400 W. Washington St., Ste. 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: John.Gardella@usdoj.gov