UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:21-cr-17-PGB-EJK
(Forfeiture)

JACQUAVIUS DENNARD SMITH

## UNITED STATES' MOTION FOR FINAL JUDGMENT OF FORFEITURE

The United States, pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(7), respectfully moves this Court for a Final Judgment of Forfeiture for the following:

1. CMMG Inc. MK-4 rifle, 556 caliber, serial number BME04991;

2. 52 rounds of assorted ammunition;

3. Ruger FN pistol, serial number 641-71710; and

4. 19 rounds of ammunition.

In support of its motion, the United States submits the following memorandum of law.

## MEMORANDUM OF LAW

I. **Statement of Facts**

1. On October 8, 2021, the Court entered a Preliminary Order of

Forfeiture, Doc. 83, forfeiting the subject firearms and ammunition pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

2. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the subject firearms and ammunition, on the official government website, www.forfeiture.gov, beginning on October 10, 20210 and ending on November 8, 2021. Doc. 84. The publication gave notice to all third parties with a legal interest in the subject assets to file with the Clerk of the United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, a petition to adjudicate their interests within 60 days of the first date of publication.

3. No third party filed a claim the firearms and ammunition and the time for doing so has expired.

II. **Applicable Law**

Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent

purchaser or transferee." 21 U.S.C. § 853(n)(7). It is then appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov, from October 10, 2021 through November 8, 2021. Doc. 84.

Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be by any means described in Supplemental Rule G(4)(a)(iv). Publication gave notice to all those who might have an interest in the assets of the United States' intent to dispose of the property, and gave instructions on filing a petition to adjudicate their interests in the assets. In accordance with those provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court to adjudicate his interest. In this instance, the first date of internet publication was October 10, 2021. Accordingly, the final date for those who did not receive direct written notice to file a petition to adjudicate an interest in the firearms and

ammunition was December 9, 2021, and the time for filing such petition has expired.

No person, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have any potential interest in the firearms and ammunition. No additional party has filed a petition or claimed an interest in the firearms and ammunition, and the time for filing a petition has expired.

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Judgment of Forfeiture for the firearms and ammunition.

### III.   Conclusion

The United States respectfully requests that this Court, pursuant to the provisions of Rule 32.2(c)(2) and 21 U.S.C. § 853(n)(7), enter a final order forfeiting to the United States all right, title and interest in the above-

referenced firearms and ammunition for disposition according to law, and vesting clear title to the assets in the United States.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: *s/Nicole M. Andrejko*
Nicole M. Andrejko
Assistant United States Attorney
Florida Bar No. 0820601
400 West Washington St., Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-Mail: Nicole.Andrejko@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Daniel W. Eckhart, Esquire
David R. Bigney, Esquire

By: s/Nicole M. Andrejko
NICOLE M. ANDREJKO
Assistant United States Attorney

5