UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,    Case No. 6:21-cr-17-PBG-EJK
    Plaintiff,    ☐
    Government    ☒    ☐ Evidentiary
                                    ☐ Trial
                                    ☒ Other-Sentencing

v.

JACQUAVIUS DENNARD SMITH
    Defendant    ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | Image dated December 17, 2018, Bates No. 2508 |
| 2 | | | | | Image dated November 2, 2019, Bates No. 2507 |
| 3 | | | | | Image dated April 24, 2020, Bates No. 2503 |
| 4 | | | | | Image dated May 1, 2020, Bates No. 2504 |
| 5 | | | | | Image dated September 12, 2020, Bates No. 2505 |
| 6 | | | | | Image dated September 24, 2020, Bates No. 2506 |
| 7 | | | | | Image dated October 1, 2020, Bates No. 2506 |
| 8 | | | | | Image of Defendant, Bates No. 0255 |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

Case No.:   6:21-cr-17-PGB-EJK                                    Page 2 of 2 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 9 | | | | | Image of defendant's Instagram Profile, Bates No. 2501 |
| 10 | | | | | Photograph of rifle found in Search Warrant, Bates No. 0249 |
| 11 | | | | | Photograph of gun found in Search Warrant, Bates No. 0243 |
| 12 | | | | | Image dated March 14, 2020, Bates No. 001 |
| 13 | | | | | Photograph of ballistic vest, Bates No. 0625-0626 |
| 14 | | | | | Photograph of bullet holes in vehicle, Bates No. 0061 and 0483 |
| 15 | | | | | 2 Recordings of Witness interview |