UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:21-cr-17-PGB-EJK

JACQUAVIUS DENNARD SMITH

## AMENDED NOTICE OF TESTIMONY

The United States provides notice that it intends to call Detective Travis Ring and Agent Chad Goodling as witnesses at the sentencing hearing scheduled for December 15, 2021. On September 13, 2021, the United States provided a memorandum to the United States Probation Office (USPO) on information and images to be used in imposing a sentence. That memorandum is included in the addendum to the Final Presentence Report (PSR). PSR at 89.

Detective Ring is a homicide detective with the Orlando Police Department. He participated in the investigation of the defendant referenced in the PSR at paragraph 73. He will provide testimony regarding his investigation and some of the information and images included in the memorandum to the USPO. Detective Ring's testimony will last approximately 20 minutes.

Agent Goodling worked in the gang unit of the Orlando Police Department for multiple years, and he is now an agent of the Metropolitan Bureau of Investigation.  Agent Goodling is familiar with the gangs the defendant participates in and associates with, referenced in the PSR at paragraph 83.  He will also provide testimony regarding some of the information and images included in the memorandum to the USPO.  Agent Goodling's testimony will last approximately 25 minutes.

        Respectfully submitted,

        KARIN HOPPMANN
        Acting United States Attorney

By:  *s// John M. Gardella*
       John M. Gardella
       Assistant United States Attorney
       Florida Bar: 85906
       400 W. Washington St., Ste. 3100
       Orlando, Florida 32801
       Telephone: (407) 648-7500
       Facsimile: (407) 648-7643
       E-mail: John.Gardella@usdoj.gov

U.S. v. JACQUAVIUS SMITH                    Case No. 6:21-cr-17-PGB-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David R. Bigney, Esquire

Dan Eckhart, Esquire

>  *s// John M. Gardella*
> John M. Gardella
> Assistant United States Attorney
> Florida Bar: 85906
> 400 W. Washington St., Ste. 3100
> Orlando, Florida 32801
> Telephone: (407) 648-7500
> Facsimile: (407) 648-7643
> E-mail: John.Gardella@usdoj.gov