# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

---

CLERK'S MINUTES
**Sentencing Hearing**

---

**Case Number: 6:21-cr-17-PGB-EJK**

---

**UNITED STATES OF AMERICA**

          **Plaintiff,**

v.

**Jacquavius Dennard Smith**

          **Defendant.**

**Government's Counsel:**   John Gardella
          Amanda Daniels

**Defense Counsel:**   Daniel Eckhart

| Judge: | Paul G. Byron | Court Reporter: | Koretta Stanford stanarm2014@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | December 15, 2021 | Time: | 2:30 PM – 4:50 PM TOTAL: 2 hours, 20 minutes |

Defendant is adjudged guilty to Counts One, Two, and Three of the Superseding Information.

**IMPRISONMENT:** 87 months. This term consists of a 45 month term as to Counts 1 and 3, to run concurrently. Further, pursuant to 18 U.S.C. § 3147(1), the Court imposes an 18 month term of imprisonment, to run consecutively to the 45 months imposed in Counts 1 and 3. Further, a 24 month term of imprisonment as to Count 2 is also ordered. Count 2 is to run consecutively to Counts 1, 3, and the sentence imposed in 18 U.S.C. §3147(1).

The Court makes the following recommendations to the Bureau of Prisons:
1. Participation in the Residential Drug Abuse Program (RDAP)
2. Confinement as close to the central Florida area as possible

The underlying Indictment and Superseding Indictment are DISMISSED.

**SUPERVISED RELEASE:** 3 years. This term consists of a 3 year term as to Counts 1 and 3 and a 1 year term as to Count 2, all such terms to run concurrently.

The mandatory drug testing requirements are imposed.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**
- Drug Aftercare
- Financial
- Submit to Search
- Collection of DNA

**FORFEITURE:** Defendant shall forfeit to the United States those assets previously identified in the Plea Agreement and Order of Forfeiture, that are subject to forfeiture.

**RESTITUTION:** $10,416.00
Payees:  Small Business Administration

**FINE:**  Waived

**SPECIAL ASSESSMENT:**   $300.00

Plea Agreement is accepted.

The defendant is remanded to the custody of the United States Marshal.

Defendant advised of right to appeal.

Witnesses:
Agent Chad Goodling (sworn)