UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:21-cr-17-PGB-EJK

JACQUAVIUS DENNARD SMITH

### UNITED STATES' REQUEST TO MODIFY RESTITUTION ORDER

The United States requests that the Court modify its restitution order and include the below payee in the Court's written Judgment. This payee should substitute for the Small Business Administration as the payee of the $3,200 which represents the $10,416 loss and subtracting the $7,216 that was recovered by the government. Defense counsel was contacted and indicated that he does not object to this modification.

Payee:   Fountainhead Commercial Capital
         3216 W. Lake Mary Blvd.
         Lake Mary, FL   32746

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: *s// John M. Gardella*
John M. Gardella
Assistant United States Attorney
Florida Bar: 85906
400 W. Washington St., Ste. 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail:   John.Gardella@usdoj.gov

U.S. v. JACQUAVIUS SMITH                  Case No. 6:21-cr-17-PGB-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    David Bigney, Esq.

    Dan Eckhart, Esq.

                                    *s// John M. Gardella*
                                    John M. Gardella
                                    Assistant United States Attorney
                                    Florida Bar: 85906
                                    400 W. Washington St., Ste. 3100
                                    Orlando, Florida 32801
                                    Telephone: (407) 648-7500
                                    Facsimile: (407) 648-7643
                                    E-mail:   John.Gardella@usdoj.gov